JS-6

**HELLER & EDWARDS**
Lawrence E. Heller, Esq. State Bar No. 69770
9454 Wilshire Blvd., Suite 500
Beverly Hills, California 90212
Tel: (310) 550-8833
Fax: (310) 858-6637
lheller@hellerandedwards.com

Attorneys for Plaintiff, Battery-Biz, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTERY-BIZ, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMART POWER SOLUTIONS, INC., a South Korean corporation, and corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 16-9609-GW(GJSx)<br><br>[Assigned for all purposes to the Hon. George H. Wu]<br><br>[PROPOSED] ORDER TO DISMISS CASE PURSUANT TO JOINT STIPULATION<br><br>**Action Filed:** December 29, 2016 |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the Parties under Federal Rule 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing its own attorneys' fees and costs.

DATED: July 3, 2018    _____
GEORGE WU
UNITED STATES DISTRICT COURT JUDGE